Eva L. Taylor, # 254009
**Borowitz & Clark, LLP**
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791

(626) 332-8600 Telephone
(626) 332-8644 Facsimile

Attorney for Debtor(s)
Ronald Spiro Columbo & Carol Lillian Columbo

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RONALD SPIRO COLUMBO<br><br>AND<br><br>CAROL LILLIAN COLUMBO<br><br><br>                    Debtor(s). | Case No: 2:10-bk-21222-EC<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE ON HEARING FOR CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**<br><br>Chapter 13<br><br>Date: September 9, 2010<br>Time: 1:30 p.m.<br>Place: 255 E. Temple Street<br>         Los Angeles, CA<br>         Courtroom 1639 |

**TO THE HONORABLE ELLEN CARROLL, KATHY A. DOCKERY/CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** the hearing on the above-noted Debtors Confirmation Hearing is continued to September 9, 2010 at 1:30 p.m. at the Los Angeles Bankruptcy Court, Courtroom 1639, 255 E. Temple Street, Los Angeles, CA 90012.

/ / /

-1-

| In re:<br>Ronald Espiro Columbo & Carol Lilian Columbo | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-21222-EC |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 North Barranca Avenue, Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUANCE ON HEARING FOR CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On  May 12, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge:** Honorable Ellen Carroll United States Bankruptcy, 255 E. Temple Street, Suite 1634 Los Angeles, CA 90012
**Trustee:** Kathy A. Dockery, Chapter 13 Trustee, 700 South Flower Street, Suite1950, Los Angeles, CA 90017
**Debtors:** Ronald & Carol Columbo, 4817 Quartz Hill Road, Quartz Hill, CA 93536

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2010 | Nancy Montes | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                    **F 9013-3.1**

| In re:<br>Ronald Espiro Columbo & Carol Lilian Columbo<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER  2:10-bk-21222-EC |
|---|---|

Alliance One
4850 Street Road, Suite 300
Feasterville Trevose, PA 19053

American Express
C/O Becket and Lee
P.O. Box 3001
Malvern, PA 19355

American Express
P.O. Box 0001
Los Angeles, CA 90096

American Express
Attention: Bankruptcy Department
20022 North 31st Avenue
Phoenix, AZ 85027

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

Bank of America
P.O. Box 17054
Wilmington, DE 19850

Bank of America
P.O. Box 301200
Los Angeles, CA 90030

Bank of America
P.O. Box 15026
Wilmington, DE 19850

Bank of America
Attention: Bankruptcy Department
4161 Peidmont Parkway
Greensboro, NC 27420

Best Buy
Attention: Bankruptcy Department
P.O. Box 6985
Bridge Water, NJ 08807

Best Buy
Attention: Bankruptcy Department
P.O. Box 15521
Wilmington, DE 19850

Best Buy
P.O. Box 60102
City Of Industry, CA 91716-0102

Blue Shield of California
P.O. Box 272560
Chico, CA 95927

Care Credit
P.O. Box 981439
El Paso, TX 79998

Care Credit
P.O. Box 960061
Orlando, FL 32896

Cedars-Sinai Medical Center
P.O. Box 48954
Los Angeles, CA 90048

Cedars-Sinai Medical Center
8700 Beverly Boulevard
Los Angeles, CA 90048

Chase
Attention: Bankruptcy Department
1985 Marcus Avenue
New Hyde Park, NY 11042

Chase Home Finance, LLC
3415 Vision Drive
Columbus, OH 43219

Chrysler Financial
P.O. Box 8065
Royal Oak, MI 48068

Citi
P.O. Box 6241
Sioux Falls, SD 57117

Citi
P.O. Box 6000
The Lakes, NV 89163

Citi
P.O. Box 6248
Sioux Falls, SD 57117

Citi
P.O. Box 183113
Columbus, OH 43218

Credit Protection Association
1355 Noel Road, Suite 2100
Dallas, TX 75240

David C. Han, and Jason S. Gim, DDS
41253 12th Street West, Suite B
Palmdale, CA 93551

Dillard's
Attention: Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076

Division Street Dental Group
Matthew C. Baker DDS
44285 Lowtree Avenue
Lancaster, CA 93534

Edwards Federal Credit Union
10 South Muroc Drive
Edwards, CA 93524

Edwards Federal Credit Union
44288 North 10th Street West
Lancaster, CA 93534

Edwards Federal Credit Union
NASA Campust, Building T1
Edwards, CA 93523

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

GE Money Bank
Attention: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>Ronald Espiro Columbo & Carol Lilian Columbo<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-21222-EC |
|---|---|

GEMB
Attention: Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076

GEMB
P.O. Box 981471
El Paso, TX 79998

GEMB
P.O. Box 960080
Orlando, FL 32896

GEMB
P.O. Box 981064
El Paso, TX 79998

GEMB
Attention: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

GreeGreen Tree Servicing, LLC
P.O. Box 94710
Palatine, IL 60094

Green Tree Servicing, LLC
7360 South Kyrene Road
Tempe, AZ 85283

Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57709-6154

HSBC
P.O. Box 5244
Carol Stream, IL 60197

HSBC Bank
Attention: Bankruptcy Department
P.O. Box 5253
Carol Stream, IL 60197

HSBC Bank
P.O. Box 60102
City of Industry, CA 91716

HSBC Bank
P.O. Box 81622
Salinas, CA 93912

HSBC Bank
Attention: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197

Kia Motors Finance
10550 Talbert Ave
Fountain Valley, CA 92708

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

National City Mortgage
Attn: Bankruptcy Dept
3232 Newmark Dr.
Miamisburg, OH 45342

Northland Group, Inc
P.O. Box 390905
Minneapolis, MN 55439

PFF Bank & Trust
1175 South Grand Avenue
Diamond Bar, CA 91765

Sallie Mae
11100 USA Parkway
Fishers, IN 46037

Sallie Mae
1002 Arthur Drive
Lynn Haven, FL 32444

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Sears
701 East 60th Street North
Sioux Falls, SD 57117

Sears
P.O. Box 6282
Sioux Falls, SD 57117

Sears
P.O. Box 6189
Sioux Falls, SD 57117

Sears
Attention: Bankruptcy Department
P.O. Box 20363
Kansas City, MO 64195

Time Warner
P.O. Box 118288
Carrollton, TX 75011

Time Warner
P.O. Box 60074
City Of Industry, CA 91716

United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272

US Bank
P.O. Box 108
Saint Louis, MO 63166

US Bank
P.O. Box 6353
Fargo, ND 58125

US Bank
P.O. Box 790408
Saint Louis, MO 63179

US Bank
Attention: Bankruptcy Department
P.O. Box 5227
Cincinnati, OH 45226

US Bank Home Mortgage
3121 Michaelson Drive
Irvine, CA 92612

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1